IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN BEALL, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| REICO KITCHEN & BATH, et al., | : | NO. 23-02330 |
| Defendants. | : | |

## ORDER

AND NOW, this 24th day of October, 2023, upon consideration of Defendants' Motion to Transfer Venue or, in the Alternative, Dismiss for Lack of Jurisdiction (ECF No. 30), and all materials submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that such Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's Motion to Transfer Venue is **GRANTED**, and the Clerk of Court shall transfer this action, pursuant to 42 U.S.C. §§ 2000e-5(f)(3) and 12117(a), to the United States District Court for the District of Delaware.

2. Defendant's Motion to Dismiss for Lack of Jurisdiction is **DENIED without PREJUDICE**.

It is **FURTHER ORDERED** that Defendants' Motion to Dismiss for Failure to State a Claim and for Lack of Jurisdiction (ECF No. 31) is **DENIED without PREJUDICE**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**